IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER ALEXANDER BETANCOURTH : | CIVIL ACTION |
| v. : | |
| LEHIGH COUNTY JAIL WARDEN: : | |
| JANINE DONATE, et al. : | NO. 17-0288 |

O R D E R

AND NOW, this 26th day of January 2017, having considered Mr. Betancourth's complaint and motion to proceed in forma pauperis, and in accordance with the accompanying memorandum, IT IS HEREBY ORDERED that:

1. Mr. Betancourth's motion to proceed in forma pauperis is GRANTED.

2. Plaintiff, Christopher Alexander Betancourth, #181207, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on his financial statement, an initial partial filing fee of $6.30 is assessed. The Warden or other appropriate official at the Lehigh County Jail or at any other correctional facility at which Mr. Betancourth may be confined, is directed to deduct $6.30 from his prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 17-0288. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Lehigh County Jail or at any prison at which Mr. Betancourth may be confined, shall deduct from his account, each time that Mr. Betancourth's

prisoner account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 17-0288.

      3.    This action is **DISMISSED** as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

      4.    The Clerk of Court is directed to send a copy of this Order to the Warden of the Lehigh County Jail.

      5.    The Clerk of Court shall CLOSE this case.

      **BY THE COURT:**

      _____
      GENE E.K. PRATTER, J.